UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| RAYE P. GILCREASE | CIVIL ACTION NO. 04-2329 |
|---|---|
| -vs- | JUDGE DRELL |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein; after an independent review of the entire record, including the written objections and supplemental authority; and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Magistrate Judge's Report and Recommendation subject only to the modifications outlined herein.

Contrary to the assertion of the Magistrate Judge, the Administrative Law Judge did find claimant's depression to be a severe impairment both before and after the disability onset date of July 11, 2002. He did not determine, however, that her depression was disabling within the meaning of the Social Security Act. (R., pp. 18-21.) This conclusion is supported by substantial medical evidence in the record.

Accordingly, IT IS ORDERED that the decision of the Commissioner is AFFIRMED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

SIGNED on this 25th day of September, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge